EDWARD T. BOGARDUS, Respondent, v. HARRIET J. VETTER, Appellant. (Action No. 2.) — Order of the County Court of Dutchess county denying defendant's motion to vacate the attachment of defendant's property, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

THE BOWERY SAVINGS BANK, Respondent, v. SONONA HOLDING CORPORATION and Others, Defendants, and JENNIE WHITEHORN and MIRIAM ZUCKER, Appellants.— In an action for the foreclosure of a first mortgage it appeared that in June, 1932, the owner and the holders of a second mortgage had entered into an agreement whereby the latter were appointed agents to manage the property and from net profits pay arrears in taxes and water rents, and to pay insurance premiums, with the balance to be paid to the first mortgagee. The latter was not a party to this written contract, but it was claimed by the defendants that it induced the making thereof and orally agreed not to foreclose its mortgage during the term of the agreement. The findings of fact are that no such oral agreement was made. Evidently the appealing defendants, the second mortgagees, did not make payments on arrears or keep up the insurance, so that the plaintiff, as it had the right to do, commenced this action of foreclosure on May 2, 1934. Since that time it has met with many delays. Judgment unanimously affirmed, with costs. No opinion. Appeal from order dismissed. No order is printed. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

GEORGIA AVIS COLEMAN and HELEN ELIZABETH COLEMAN, Respondents, v. P. J. STEINBACHER, as Treasurer of Seneca County, New York, Defendant, and IRVING STOVER, FLORENCE S. COLGATE, HOWARD STOVER, C. KENT STOVER and SYDNEY D. COLGATE, Appellants.— Order entered January 6, 1938, granting the plaintiffs' motion for judgment on the pleadings in an action to recover a sum of money held by the treasurer of Seneca county as the remaining proceeds of a testamentary devise, affirmed, with ten dollars costs and disbursements. Appeal from order entered June 2, 1937, denying the defendants' motion for judgment on the pleadings, dismissed, without costs. The order entered January 6, 1938, is neither a final judgment nor a final order in a special proceeding, and the prior order is, therefore, not reviewable under section 580 of the Civil Practice Act. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.